IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:20-MJ-00129-EPG |
|---|---|
| Plaintiff, | |
| v. | ORDER TO UNSEAL COMPLAINT |
| KENNETH BASH et al., | |
| Defendant. | |

Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the redacted version of the Complaint filed on November 17, 2020, and docket pertaining to defendant Cody Brown, be unsealed and become public record.

DATED: **Dec 7, 2020**

HON. STANLEY A. BOONE
U.S. MAGISTRATE JUDGE