

**FILED**
Jan 21, 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  1:20-CR-00241-DAD-BAM |
|              Plaintiff, | |
|       v. | ORDER TO UNSEAL INDICTMENT |
| ROBERT EVERSOLE et al., | |
|              Defendant. | |

Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the unredacted

Indictment filed on December 10, 2020, be unsealed and become public record.

DATED: **Jan 21, 2021**

HON. STANLEY A. BOONE
U.S. MAGISTRATE JUDGE