```
JOHN F. GARLAND  #117554
Attorney at Law
2950 Mariposa Street, Suite 130
Fresno, California  93721

Telephone:  (559) 497-6132

Attorney for Defendant,
CODY BROWN
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:20-CR-00241 DAD-BAM |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING AND ORDER THEREON** |
| v. | |
| CODY BROWN, | DATE: March 21, 2022<br>TIME: 10:00 a.m.<br>**Courtroom Five** |
| Defendant. | **Honorable Dale A. Drozd** |

Defendant, CODY BROWN, by and through his counsel, John F. Garland and the United States of America, by and through its counsel, Phillip A. Talbert, United States Attorney and Stephanie M. Stokman, Assistant United States Attorney, hereby stipulate to continue the defendant's sentencing hearing from February 22, 2022 to **March 21**, **2022** at **10:00 a.m.** This continuance is necessary because counsel has not been able to review the *Draft* Presentence Investigation Report (PSR) dated January 11, 2022 with the defendant because the POD in which the defendant is housed at the Fresno County Jail (NJ-2-E) has been on COVID-19 **quarantine** since January 10, 2022 and will remain on quarantine until February 7, 2022. Therefore, counsel will not be able to meet with the defendant to review the *Draft* PSR until February 8, 2022 at the earliest.

1

In light of the circumstances set forth above, the parties further stipulate that the Sentencing Schedule for this case be modified as follows:

Informal Objections to Presentence Report due on or before **February 15, 2022;**

Final Presentence Report filed with the Court on or before **February 22, 2022;**

Formal Objections filed with the Court on or before **March 1, 2022;**

Reply or Statement of Non-Opposition filed on or before **March 8, 2022;**

Judgment and Sentencing Date:  **March 21, 2022** at **10:00 a.m.**

The parties further stipulate that any delay resulting from this continuance shall be excluded on the following basis:

> Title 18 United States Code Section 3161(h)(8)(A) - that the ends of justice served by taking such action outweighs the best interest of the public and the defendant in a speedy trial.

Dated: January 28, 2022  /s/ John F. Garland
John F. Garland
Attorney for Defendant
CODY BROWN

Dated: January 28, 2022  Phillip A. Talbert
United States Attorney

/s/ Stephanie M. Stokman
By:   Stephanie M. Stokman
Assistant U.S. Attorney

**ORDER**

GOOD CAUSE APPEARING, based on the stipulation of the parties,

IT IS HEREBY ORDERED that the sentencing hearing for defendant CODY BROWN is continued to March 21, 2022 at 10:00 a.m. and the Sentencing Schedule set forth above is hereby adopted.

IT IS SO ORDERED.

Dated: **January 28, 2022**

_____
UNITED STATES DISTRICT JUDGE