1  JOHN F.  GARLAND  #117554
   Attorney at Law
2  2950 Mariposa Street, Suite 130
   Fresno, California  93721
3
   Telephone:  (559) 497-6132
4
5  Attorney for Defendant,
   CODY BROWN
6
7        **IN THE UNITED STATES DISTRICT COURT FOR THE**
8              **EASTERN DISTRICT OF CALIFORNIA**
9

10 UNITED STATES OF AMERICA,        | Case No. 1:20-CR-00241 ADA-BAM
11        Plaintiff,                | **MOTION  TO TERMINATE CJA**
                                    | **APPOINTMENT OF JOHN F.**
12        v.                        | **GARLAND AS ATTORNEY OF**
                                    | **RECORD AND  ORDER**
13 CODY BROWN,
14        Defendant**.**
15
16
17        On July 29, 2022, defendant CODY BROWN was charged in a federal Supervised Release

18 Violation  Petition.  CJA  Panel  Attorney  John  F.  Garland  was  appointed  as  trial  counsel  to

19 represent  Mr.  Brown  on  January  24,  2023  in  his  criminal  case.  Mr.  Brown  was  sentenced

20 following his admission to the violation on March 20, 2023. The time for filing a direct appeal

21 expired on April 3, 2023. No notice of appeal was filed. Mr. Brown was in custody at sentencing.

22 The violation of supervised release phase of Mr. Brown's criminal case has, therefore come to an

23 end. Having completed his representation of Mr. Brown, CJA attorney John F. Garland now

24 moves to terminate his appointment under the Criminal Justice Act.

25
26
27        Should  Mr.  Brown  require  further  legal  assistance  he  has  been  advised  to  contact  the

28 Office  of  the  Federal  Defender  for  the  Eastern  District  of  California  by  mail  at  2300  Tulare

1

Street, Suite 330, Fresno, California 93721, or by telephone at (559) 487-5561 (collect) or (855) 656-4360 (toll-free), which, if appropriate, will arrange for the re-appointment of counsel to assist him.

Dated:   April 27, 2023                    Respectfully submitted,


/s/ John F. Garland
John F. Garland
Attorney for Defendant
CODY BROWN


**ORDER**

Having reviewed the Motion and found that attorney John F. Garland has completed the services for which he was appointed, the Court hereby grants attorney Garland's request for leave to withdraw as defense counsel in this matter. Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Eastern District of California at 2300 Tulare Street, Suite 330, Fresno, California 93721. The telephone number for the Federal Defender's Office is (559) 487-5561 (collect) or (855) 656-4360 (toll free). If appropriate, the Federal Defender's Office will arrange for the re-appointment of counsel to assist Defendant.

The Clerk of the Court is directed to serve a copy of this order on Defendant Cody Brown at the following address and to up-date the docket to reflect Defendant's pro se status and contact information.

> CODY BROWN
> Reg. No.20944-509
> FCI Victorville Medium II
> Federal Correctional Institution
> P.O. Box 3850
> Adelanto, CA 92301

IT IS SO ORDERED.

Dated:   April 28, 2023

_____
UNITED STATES DISTRICT JUDGE